MATTHEW HALTERMAN
1060 Ximeno Ave.
Long Beach, CA 90804
310.663.2975 (tel)
matthalterman@yahoo.com

Plaintiff PRO SE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW HALTERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A,<br><br>    Defendant. | CASE NO.: CV12-10250-MMM(MRWx)<br><br>PLAINTIFF'S ORIGINAL COMPLAINT<br><br>• Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*<br><br>JURY TRIAL REQUESTED |

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Plaintiff MATTHEW HALTERMAN ("Halterman"), and hereby files this, his Original Complaint against Defendant HSBC BANK USA, N.A. ("HSBC"), and in support would show this Honorable Court as follows:

## NATURE OF THE ACTION

1. Halterman brings this complaint against HSBC for redress in the form of statutory damages under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 *et seq.* The complaint arises from HSBC's use of an automatic telephone dialing system ("auto-dialer") to incessantly call Halterman's cell phone from June 2010 to July 2011, despite Halterman's repeated demands, verbally and in writing, that HSBC stop doing so during this time period in question.

## PARTIES

2. Plaintiff Matthew Halterman is a natural person and a citizen of the state of California.

3. Defendant HSBC Bank USA, N.A., is a business organization doing business in the County of Los Angeles, State of California, and who may be served by their registered agent for service of process, CT Corporation System, 818 W. Seventh St., Los Angeles, CA 90017.

## JURISDICTION AND VENUE

4. Federal courts have subject matter jurisdiction over TCPA (47 U.S.C. § 227 *et seq.*) claims under 28 U.S.C §§ 1331 and 1441. Mims v. Arrow Fin. Services, LLC, 132 S.Ct. 740, 747 (2012).

5. This Court has jurisdiction over HSBC because HSBC does business in this District.

6. Venue is proper because Halterman is a resident of this District, and a substantial part of the events giving rise to the claims asserted herein happened here. Venue is additionally proper because HSBC transacts significant business in this District.

## FACTUAL BACKGROUND

7. During all times relevant to this complaint, Halterman's cellular phone number was 512-633-2478.

8. Since April 2010, Halterman has had a personal credit card account with HSBC, account number ending in 2448.

9. From June 2010 to June 2011, HSBC employed an auto-dialer to repeatedly call Halterman's cell phone.

10. HSBC's auto-dialed calls to Halterman's cell phone came from phone numbers including, but not limited to, 800-395-2274 and 800-684-8429.

11. When Halterman attempted to answer the above-referenced auto-dialed calls, the call would disconnect.

12. When Halterman was unavailable or did not answer the auto-dialed calls, HSBC's auto-dialer rarely left a voicemail and when it did, it was usually a cut-off or otherwise incomplete, pre-recorded message.

13. Often, the auto-dialed calls would come multiple times a day, in some cases spaced less than an hour apart.

14. Halterman became annoyed, frustrated, and stressed out from this barrage of auto-dialed calls. On or about June 15, 2010, at approximately 3:50 PM CST, Halterman called HSBC and unambiguously revoked his express consent for HSBC to use an auto-dialer to call his cell phone.

15. Nonetheless, despite his express prohibition, HSBC auto-dialed Halterman's cell phone eighteen (18) times between June 18 and June 21, 2010, from phone number 800-395-2274.

16. In response, on June 21, 2010, Halterman sent a fax to Ms. Jodie Gayle, a Customer Service Supervisor at HSBC, at fax number 605-782-6041. The fax once again affirmed Halterman's desire that HSBC not call his cell phone with an auto-dialer, and further warned HSBC that its 18 auto-dialed calls from June 18-21 violated the Telephone Consumer Protection Act.

17. Nonetheless, HSBC continued to auto-dial Halterman's cell phone, from June 2010 to July 2011. Discovery will illuminate

the precise dates and times of the innumerable additional auto-dialed calls during this period, but just as examples, HSBC auto-dialed Halterman's cell phone on October 12, 2010 at 4:28pm PST; October 25, 2010 at 3:46pm PST; December 29, 2010 at 12:49pm and 2:00pm PST; and on June 18, 2011 at 5:54pm PST.

18. At numerous junctures between July 2010 and June 2011, Halterman telephoned HSBC and re-iterated his demand that HSBC stop auto-dialing his cell phone. These pleas went ignored.

19. Halterman finally changed his phone number to escape harassment from HSBC's auto-dialer.

### FIRST CAUSE OF ACTION –
### VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT

20. Halterman re-alleges paragraphs 1 through 19 above, and incorporates them herein by reference.

21. Halterman brings this action per the provisions of the Telephone Consumer Protection Act, 47 U.S.C. §227 and 47 C.F.R. § 64.1200 (TCPA).

22. 47 U.S.C. § 227(b)(1)(A)(iii) makes it unlawful for any person to "make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialer system or an artificial or pre-recorded voice… to any telephone number assigned [to a cellular service]."

23. Despite Halterman's repeated verbal and written revocation of his express consent to receive HSBC's auto-dialed calls on his cellular telephone, HSBC auto-dialed Halterman dozens of times from June 2010 – July 2011, within the statutory period of the last four years (pursuant to 28 U.S.C. § 1658).

24. Upon information and belief, Halterman states, without yet having the assistance of full discovery, that HSBC may have made over 100 unlawful auto-dialed calls to him.

25. HSBC's auto-dialed calls to Halterman's cell phone were not made for any emergency purpose, nor were these calls exempt under subdivision (a) of § 64.1200 of title 47 of the Code of Federal Regulations.

26. 47 U.S.C. § 227(b)(3) of the TCPA permits a private right of action for violations of 47 U.S.C. § 227(b)(1)(A)(iii). To wit, Halterman may recover $500.00 per unlawful call. If this Court finds that HSBC's violations were willful or knowing, this Court may treble these damages to $1,500.00 per call.

### JURY DEMAND

27. Halterman requests a trial by jury.

### PRAYER FOR RELIEF

Wherefore, premises considered, Plaintiff MATTHEW HALTERMAN respectfully prays for judgment in his favor against Defendant HSBC Bank USA, N.A., as follows:

a. An award of $500.00 per auto-dialed call found to violate 47 U.S.C. § 227;

b. An award of $1,500.00 per auto-dialed call found to have been willfully or knowingly made by HSBC;

c. Costs of suit incurred by Halterman;

d. Any other relief to which this Court may find Halterman entitled.

DATED: November 26, 2012

Respectfully Submitted:

*[signature]*

MATTHEW HALTERMAN
1060 Ximeno Ave.
Long Beach, CA 90804

310.663.2975 (tel)
matthalterman@yahoo.com

Plaintiff PRO SE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Matthew Hatterman

**DEFENDANTS**

HSBC Bank USA, N.A.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

1060 Ximeno Ave.
Long Beach, CA 90804
310-663-2975

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

47 U.S.C. 227, Violations of Telephone Consumer Protection Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV12-10250 MMM (MRWx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date  11-30-12

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

**CV12- 10250 MMM (MRWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Matthew Halterman
1060 Ximeno Ave.
Long Beach, CA 90804
(310) 663-2975
matthalterman@yahoo.com
PLAINTIFF PRO SE

**FOR OFFICE USE ONLY**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW HALTERMAN, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV12-10250 MMM (MRWx)** |
| v. | |
| HSBC BANK USA, N.A., | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, [serve on plaintiff (pro se)]_____, whose address is 1060 Ximeno Ave., Long Beach, CA 90804_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  11-30-12          By:  **LORI WAGERS**
                                  Deputy Clerk

                                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

CV-01A (12/07)                       SUMMONS