# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-10250 MRW | Date | March 1, 2013 |
|---|---|---|---|
| Title | Halterman v. HSBC Bank | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**      (IN CHAMBERS) ORDER RE: FIRST AMENDED COMPLAINT

Plaintiff moves for leave to file a First Amended Complaint in this civil action.  (Docket # 17.)  The proposed amended complaint adds a state law unfair business practice claim to the existing federal-based consumer protection claim.  Plaintiff submitted this request to amend the complaint (a) after Defendant HSBC answered the original complaint and (b) before the hearing on Plaintiff's motion to strike Defendant's affirmative defenses.  (Docket # 9.)

A request to amend a civil complaint is governed by Federal Rule of Civil Procedure 15.  When, as here, a party seeks to amend a pleading after it has been served and answered, Rule 15(a)(2) states that leave of court is required for such an amendment.  The rule states that a court "should freely give leave when justice so requires."  The Ninth Circuit describes Rule 15(a) as providing a "very liberal" standard for amendment of a complaint. AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 950 (9th Cir. 2006).  However, a court is not required to allow leave to amend if the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile.  Bowles v. Reade, 198 F.3d 752, 758 (9th Cir. 1999).

The Court concludes that a responsive brief from Defendant or oral argument on the motion will not assist in the determination of the motion.  See Local Rule 7-15.  Given that the request to amend the complaint comes so early in the litigation – approximately three months after its commencement – there is no apparent basis to find any of the Bowles factors could exist here.  Further, because Defendant will have the ability to respond to the First Amended Complaint, any defects with it (as opposed to issues regarding the timing of the amendment) can be addressed later in the litigation.  Therefore, the motion to amend the complaint is GRANTED, and the First Amended Complaint will be FILED.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-10250 MRW | Date | March 1, 2013 |
|----------|-----------------|------|---------------|
| Title | Halterman v. HSBC Bank | | |

  However, Plaintiff's request to amend the complaint is not without consequences to him. Defendant HSBC is entitled to respond to the First Amended Complaint in its entirety, whether by motion or answer.  Defendant's response will be due by or before <u>March 29, 2013</u>.  For this reason, Plaintiff's motion regarding the previous answer (Docket # 9) is DISMISSED as moot, and the scheduled hearing is VACATED.  Further, after the Court reviews Defendant's response to the First Amended Complaint, the Court will consider whether to issue a new case management order or otherwise modify the schedule in this action.