1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   KRISTINA A. DEL VECCHIO (State Bar No. 283782)
3  ARJUN P. RAO (State Bar No. 265347)
   2029 Century Park East
4  Los Angeles, CA 90067-3086
   Telephone:  310-556-5800
5  Facsimile:  310-556-5959
   Email:       lacalendar@stroock.com
6
   Attorneys for Defendant
7    HSBC BANK NEVADA, N.A.

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MATTHEW HALTERMAN,                 )  Case No. 12-cv-10250-MRW
                                       )
12              Plaintiff,             )  [Assigned to the Hon. Michael R.
                                       )  Wilner]
13         vs.                         )
                                       )  **JOINT MOTION TO DISMISS**
14  HSBC BANK NEVADA, N.A.,            )  **ACTION WITH PREJUDICE**
                                       )
15              Defendant.             )
                                       )  Action Filed:  November 30, 2012
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above entitled action respectfully move this Court for an order dismissing the above-captioned action in its entirety with prejudice.  Each party shall bear its/his own costs and attorneys' fees.

Dated:  July __, 2013

_____
Matthew Halterman

Dated:  July 10, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
KRISTINA A. DEL VECCHIO
ARJUN P. RAO

By:  _____
*/s/ Arjun P. Rao*
Arjun P. Rao

Attorneys for Defendant
HSBC BANK NEVADA, N.A.

LA 51659144

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the

2  above entitled action respectfully move this Court for an order dismissing the above-

3  captioned action in its entirety with prejudice.  Each party shall bear its/his own costs

4  and attorneys' fees.

5

6  Dated:  July 2, 2013

7  Matthew Halterman

8

9  Dated:  July __, 2013

10  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND

11  LISA M. SIMONETTI
   KRISTINA A. DEL VECCHIO

12  ARJUN P. RAO

13  By: _____

14  Arjun P. Rao

15  Attorneys for Defendant
       HSBC BANK NEVADA, N.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

JOINT MOTION TO DISMISS ACTION
WITH PREJUDICE IN ITS ENTIRETY
Case No. 12-cv-10250-MRW

LA 51659144

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2013, copies of the foregoing **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:    _____*/s/ Arjun P. Rao*_____
                Arjun P. Rao

LA 51659144