DAVID A. GILL (State Bar No. 032145)
dagill@dgdk.com
1900 Avenue of the Stars, 11th Fl.
Los Angeles, CA 90067
Tel.: 310-277-0077, Fax: 310-277-5735

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Halterman | **CASE NUMBER** |
| Plaintiff(s) | 2:12-cv-10250-MRW |
| v. | |
| HSBC Bank USA N A | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☐ A mediation was held on (date): _____.

   ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☐ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
   - ☑ Other: Prior to date set for the mediation, Parties advised that case had settled and they did not desire to go forward with the Mediation.

3. Did the case settle?
   - ☑ Yes, fully.   (So far as I know.)
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) N/A

Dated: July 11, 2013

_____
Signature of Mediator

David A. Gill
Name of Mediator (print)

The Mediator is to electronically file original document.

# PROOF OF SERVICE

I, Patricia Morris, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, California 90067.

On July 11, 2013, I served the following document(s): **MEDIATION REPORT** on the interested parties

[X] (Electronic Mail) By transmitting the document by electronic mail to the electronic mail address as stated below:

| Plaintiff | Attorneys for Defendant HSBC Bank USA NA |
|---|---|
| Mr. Matthew Halterman | |
| 1060 Ximemo Avenue | Arjun P. Rao, Esq. |
| Long Beach, CA 90804 | Julia B. Strickland, Esq. |
| *matthalterman@yahoo.com* | Kristina A. Del Vecchio, Esq. |
| | Lisa M. Simonetti, Esq. |
| | Strock Stroock and Lavan LLP |
| | 2029 Century Park East, 16th Fl. |
| | Los Angeles, CA 90067 |
| | *arao@stroock.com* |

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on July 11, 2013, at Los Angeles, California.

| Patricia Morris | /s/ Patricia Morris |
|---|---|
| (Type or print name) | (Signature) |

1