UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10250 MRW | Date | July 12, 2013 |
|---|---|---|---|
| Title | Matthew Halterman v. HSBC Bank USA NA | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**     **(IN CHAMBERS) ORDER RE: MOTION TO DISMISS CASE**

Defendant filed a joint motion to dismiss case with prejudice. (Docket # 36) The request is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties respectfully move this Court for an order dismissing the action in its entirety with prejudice. Each party shall bear its/his own costs and attorneys' fees.

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vm |