# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## U.S. COURTHOUSE, ROOM G8
## LOS ANGELES, CALIFORNIA 90012

### OFFICIAL BUSINESS



NIXIE    908047062-1N    07/27/13
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

MRW





FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Date Transmitted:        7/12/2013 1:38:45 PM

2:12-cv-10250   Doc: 38

Matthew Halterman
1060 Ximemo Avenue
Long Beach, CA    90804

Number of Pages:    1

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-10250-MRW Matthew Halterman
 v. HSBC Bank USA N A Order on Motion to Dismiss Case
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 7/12/2013 at 1:32 PM PDT and filed
on 7/12/2013

Case Name:
Matthew Halterman v. HSBC Bank USA N A
Case Number:2:12-cv-10250-MRW

Filer:
WARNING: CASE CLOSED on 07/12/2013

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031117152087?case
id=549172&de_seq_num=110&magic_num=MAGIC&pdf_toggle_possible
=1
>38
```

Docket Text:

MINUTES (IN CHAMBERS) ORDER RE: MOTION TO DISMISS CASE by Magistrate Judge Michael R. Wilner. (See Minute Order for further details) GRANTING [36] Motion to Dismiss Case ( MD JS-6. Case Terminated )   (vm)

2:12-cv-10250-MRW Notice has been electronically mailed to:

Julia B Strickland        jstrickland@stroock.com

Arjun P Rao        arao@stroock.com, lacalendar@stroock.com

Lisa M Simonetti        lsimonetti@stroock.com, lacalendar@stroock.com

Kristina A Del Vecchio        kdelvecchio@stroock.com

David A Gill        dagill@dgdk.com

2:12-cv-10250-MRW Notice has been delivered by First Class U
. S. Mail
or by other means BY THE FILER to :


Matthew   Halterman
1060 Ximemo Avenue
Long Beach CA 90804

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-10250 MRW | Date | July 12, 2013 |
|---|---|---|---|
| Title | Matthew Halterman v. HSBC Bank USA NA | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO DISMISS CASE

Defendant filed a joint motion to dismiss case with prejudice. (Docket # 36) The request is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties respectfully move this Court for an order dismissing the action in its entirety with prejudice. Each party shall bear its/his own costs and attorneys' fees.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | vm |